**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1495**

RAYMOND ROMIG,

        Plaintiff - Appellant,

    v.

MONTGOMERY COUNTY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:21-cv-01475)

Submitted:  September 13, 2024               Decided:  October 3, 2024

Before AGEE and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  John M. Shoreman, MCFADDEN & SHOREMAN, Washington, D.C., for Appellant.   John P. Markovs, County Attorney, Edward B. Lattner, Deputy County Attorney, Matthew H. Johnson, Associate County Attorney, Erin J. Ashbarry, Associate County Attorney, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Romig appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Romig v. Montgomery Cnty.*, No. 8:21-cv-01475-TDC (D. Md. Mar. 31, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*